WEST COAST LIVESTOCK CO., APPELLANT, *v.* NEVADA NATIONAL BANK OF COMMERCE, RESPONDENT.

No. 8012

January 23, 1976                    544 P.2d 428

*A. D. Demetras,* of Tonopah, for Appellant.

*Guild, Hagen & Clark, Ltd.,* and *Thomas J. Hall,* of Reno, for Respondent.

## OPINION

*Per Curiam:*

Almost six years after this action was commenced, the district court dismissed the same, including the counterclaim filed therein, for failure to prosecute. NRCP 41(e). This appeal concerns the propriety of dismissing the counterclaim of appellant, and must be resolved against appellant by reason of our decision in Great W. Land & Cattle v. District Ct., 86 Nev. 282, 467 P.2d 1019 (1970).

Affirmed.